SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANNA LEPE,

Plaintiff,

v.

VOLKSWAGEN GROUP OF AMERICA, INC.; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:26-cv-09157-AH-BFMx

**ORDER OF DISMISSAL [10] [JS-6]**

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: OCTOBER 8, 2026

Anne Hwang

Hon. Anne Hwang
United States District Judge

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, a copy of the foregoing document was electronically filed using CM/ECF, which will send electronic notification of such filing to all registered counsel.

*<u>/s/ Chiamaka S. Enemuoh</u>*

Chiamaka S. Enemuoh